## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JANIE R. WAINWRIGHT                                                                                         PLAINTIFF

v.                                            No. 5:12CV00334 JLH

DAVIS NURSING ASSOCIATION;
and DAVIS LIFE CARE CENTER                                                                         DEFENDANTS

## ORDER

Plaintiff's motion to amend scheduling order and to extend motions and discovery deadlines is granted in part and denied in part. Document #7. The discovery cutoff is extended up to and including November 20, 2013. In all other respects, the motion is denied.

IT IS SO ORDERED this 1st day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE