# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JANIE R. WAINWRIGHT                                                                                              PLAINTIFF

v.                                             No. 5:12CV00334 JLH

DAVIS NURSING ASSOCIATION;
and DAVIS LIFE CARE CENTER                                                                                    DEFENDANTS

## ORDER

On November 27, 2013, Davis Nursing Association, d/b/a Davis Life Care Center, moved for summary judgment. Pursuant to Local Rule 7.2(b), Janie R. Wainwright's response was due fourteen days later, except that Rule 6(d) adds three days, which made Wainwright's response due Saturday, December 14, 2013. Pursuant to Rule 6(a)(3)(A) of the Federal Rules of Civil Procedure, Wainwright's response therefore is due on Monday, December 16, 2013.

Wainwright has filed a motion for an extension of time to respond to the motion for summary judgment, asking that the Court extend the time to January 7, 2014. Davis has objected because trial is scheduled for January 27, 2014, and if the response is not filed until January 7, the time remaining will not be sufficient to allow a reply to be filed and the Court to rule on the motion for summary judgment in advance of the trial date. Davis consents to an extension up to and including December 21, 2013, which is a Saturday.

After careful review of the arguments on both sides, the Court has determined that the motion for extension of time should be granted in part and denied in part. Document #15. Wainwright must file her response to the motion for summary judgment on or before December 30, 2013.

IT IS SO ORDERED this 10th day of December, 2013.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE