## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JANIE R. WAINWRIGHT                                                             PLAINTIFF

v.                          No. 5:12CV00334 JLH

DAVIS NURSING ASSOCIATION;
and DAVIS LIFE CARE CENTER                                    DEFENDANTS

## ORDER

For the reasons stated during the telephone hearing today, the motion to compel discovery is denied as moot. Document #21. The request for attorneys' fees is also denied.

IT IS SO ORDERED this 10th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE