IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JANIE R. WAINWRIGHT                                                                                            PLAINTIFF

v.                                           No. 5:12CV00334 JLH

DAVIS NURSING ASSOCIATION;
and DAVIS LIFE CARE CENTER                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Davis Nursing Association, d/b/a Davis Life Care Center, on the claims of Janie R. Wainwright. The complaint of Janie R. Wainwright is dismissed with prejudice.

IT IS SO ORDERED this 15th day of January, 2014.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE